## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 2:17-cv-00135-LGW-BWC |
| 4211 ACRES, MORE OR LESS, LOCATED IN LONG COUNTY, STATE OF GEORGIA; and JAMESTOWN TIMBER 2, L.P., *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER

Before the Court is Plaintiff United States of America and Defendant-Landowner Jamestown Timber 2, L.P.'s Joint Motion to Amend the Scheduling Order. Dkt. No. 87. Upon consideration of the motion, and for good cause shown, the motion is **GRANTED**.

The Scheduling Order is amended as follows:

All current deadlines are hereby stayed, and the parties shall have forty-five (45) days from the date of this Order to submit a stipulated final judgment.

**SO ORDERED**, this ____8____ day of February, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA